

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| GARY WISE, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:05-0008-HFF-WMC |
| | § | |
| SOUTH CAROLINA DEPARTMENT OF | § | |
| CORRECTIONS; WARDEN MICHAEL | § | |
| SHEEDY; MAILROOM CLERK, MR. ICKE'S; | § | |
| PRINCIPAL, MR. BAGNAL; IGC; MR. | § | |
| RAINWATER; TEACHER, MS. HAM; | § | |
| MAJOR BLACKWELL, CAPTAIN HESTER, | § | |
| SGT. GARDENOUR; LIBRARIAN, | § | |
| HOLLADAY, | § | |
|     Defendants. | § | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S MOTION TO DISMISS THE
COMPLAINT WITHOUT PREJUDICE

This is a Section 1983 action. Plaintiff is proceeding *pro se*. The matter is before the Court for review of the report and recommendation (report) of the United States Magistrate Judge in which he suggests that Plaintiff's motion to dismiss without prejudice be granted. The report is made in accordance with 28 U.S.C. § 636 and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo* determination of those portions of the report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed his report on June 22, 2005. Neither party filed any objections to the report. In the absence of objections, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the report and the record in this case pursuant to the standards set forth above, the Court adopts the report and incorporates it herein. Therefore, it is the judgment of this Court that Plaintiff's motion to dismiss this action *without prejudice* must be **GRANTED**.

**IT IS SO ORDERED**.

Signed this 20th day of July, 2005, in Spartanburg, South Carolina.

s/Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has a right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.